IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
|---|---|---|
| v. | : | |
| | : | No. 17-518-3 |
| SEAN WILSON | : | |

## ORDER

Upon independent review of the Report and Recommendation of U.S. Magistrate Judge Timothy R. Rice, and the transcript of the guilty plea proceedings, it is ORDERED that the Report and Recommendation is APPROVED and ADOPTED. I accept the guilty plea of Sean Wilson entered on February 1, 2019. Sentence will be imposed on May 10, 2019 at 10:00 A.M. in Courtroom 14B.

BY THE COURT:

Juan R. Sanchez
U.S. District Court Judge